# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DEMETRIC S. DOUGLAS and, CATHERINE SAFFO, on behalf of themselves and all others similarly situated, ) ) ) ) ) ) Plaintiffs, ) ) v. ) ) ASSIGNED CREDIT SOLUTIONS, INC., ) ) ) ) Defendant. ) | CIVIL ACTION FILE NO. 1:15-cv-01552-MHC-GGB |

## STIPULATION OF DISMISSAL

COME NOW, the Plaintiffs and the Defendant herein, and, pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby dismiss the above-styled civil action WITH PREJUDICE. Each party to pay its own fees and costs.

SUBMITTED BY:

\s\ *Justin T. Holcombe*  
Kris Skaar  
Georgia Bar No. 649610  
Justin T. Holcombe  
Georgia Bar No. 552100  
SKAAR AND FEAGLE  
133 Mirramont Lake Drive  
Woodstock, GA 30189  
T: (770) 427-5600  
E: jfeagle@skaarandfeagle.com  
E: jholcombe@skaarandfeagle.com  

Counsel for Plaintiffs

\s\ *William H. Buechner, Jr.*  
Bradley T. Adler  
Georgia Bar No. 005525  
William H. Buechner Jr.  
Georgia Bar No. 086392  
FREEMAN MATHIS & GARY, LLP  
100 Galleria Parkway  
Suite 1600  
Atlanta, GA 30339  
T: (770) 818-0000  
E: badler@fmglaw.com  
E: bbuechner@fmglaw.com  

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEMETRIC S. DOUGLAS and, CATHERINE SAFFO, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>ASSIGNED CREDIT SOLUTIONS, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION FILE NO.<br>) 1:15-cv-01552-MHC-GGB<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing STIPULATION OF DISMISSAL to the clerk of court using the CM/ECF system, which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of record are:

Kris Skaar<br>
Justin T. Holcombe<br>
SKAAR AND FEAGLE<br>
133 Mirramont Lake Drive<br>
Woodstock, GA 30189

Dated this 16th day of November, 2015.

\s\ *William H. Buechner, Jr.*
William H. Buechner, Jr.
Georgia Bar No. 086392